In the Matter of the Probate of the Will of GRETCHEN SCHAETZ, Deceased.

OLGA STAMATAKIS, Appellant; JACOB STUBENVOLL, Respondent.

Argued February 23, 1939; decided April 4, 1939.

*Leon Engelsberg* and *Charles Lewis* for appellant.

*Joseph L. Zoetzl* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.